UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------------

BRENT TOBIN,

       Plaintiff,

vs.

SAM'S CLUB,

       Defendant.

CASE NO. 1:11-CV-2822

ORDER
[Resolving Doc. No 2]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

       Plaintiff *pro se* Brent Tobin has filed a motion to commence suit without the prepayment fees in the above-captioned case. That motion is granted.

       Tobin has filed this action against defendant Sam's Club. Because he has not, however, provided U.S. Marshal forms or summonses to serve Sam's Club, the Clerk's Office cannot forward this matter to the U.S. Marshal for service. Accordingly, Tobin is ordered to provide completed U.S. Marshal forms and summonses within thirty (30) days of this Order. He is further ordered to file the attached "Notice of Compliance" with the completed forms.

       The Clerk's Office is directed to mail sufficient U.S. Marshal forms and summonses for that purpose to Tobin with a copy of this Order. Failure to comply with this Order will result in

Case No. 1:11-CV-2822
Gwin, J.

immediate dismissal of this case without further notice.

        IT IS SO ORDERED.


Dated: March 28, 2012                                *s/     James S. Gwin*
                                                                                JAMES S. GWIN
                                                                                UNITED STATES DISTRICT JUDGE